UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR 1:14-100 |
| ) | |
| DUMARCUS LOPEZ HILTON ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Travers W. Chance,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Travers W. Chance be granted leave of absence for the following period: **September 2, 2015 through September 4, 2015; November 23, 2015 through November 27, 2015; and December 21, 2015 through January 4, 2016.**

This 21st day of July, 2015.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia